UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RANDALL STEVEN TRANTHAM (#7700019228)

VERSUS

BEN BALLARD, ET AL.

CIVIL ACTION

23-75-SDD-EWD

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendations*[1] of United States Magistrate Judge Erin Wilder-Doomes dated February 10, 2026, to which no objection was filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus Under 28 U.S.C. §2241, filed by Petitioner Randall Steven Trantham, is DENIED as unexhausted and this proceeding is DISMISSED WITHOUT PREJUDICE.

**IT IS FURTHER ORDERED** that, if Trantham seeks to pursue an appeal in this case, a certificate of appealability is DENIED.

Signed in Baton Rouge, Louisiana the 10 day of March, 2026.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 6.